Robert FOGEL and Sylvia Fogel,
Petitioners,

v.

COMMISSIONER OF INTERNAL
REVENUE, Respondent.

No. 12764.

United States Court of Appeals
Sixth Circuit.

Oct. 17, 1956.

Sol Goodman, Sidney C. Brandt, Cincinnati, Ohio, for petitioners.

Charles K. Rice, John Potts Barnes, Lee A. Jackson, John J. Kelley, Jr., I. Henry Kutz, Rollin H. Transue, and S. Dee Hanson, Washington, D. C., for respondent.

Before McALLISTER, MILLER and STEWART, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the decision herein reviewed be and is hereby affirmed upon the opinion of the Tax Court.

Don E. HUGHES, Plaintiff-Appellant,

v.

SALEM CO-OPERATIVE COMPANY,
Inc., Defendant-Appellee,
and
Prater Pulverizer Company, Intervening
Defendant-Appellee.

No. 12737.

United States Court of Appeals
Sixth Circuit.

Oct. 17, 1956.

Frank E. Liverance, Jr., and Dilley & Dilley, Grand Rapids, Mich., for appellant.

John D. McDonald, Grand Rapids, Mich., Sidney Neuman and Fred T. Williams, Chicago, Ill., for appellees.

Before SIMONS, Chief Judge, and McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the judgment of the district court be and is hereby affirmed for the reasons set forth in the opinion of Judge Starr, 134 F.Supp. 572.